**FILED**
December 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AHMAD SHAKOOR, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. SA-25-CV-1628-OLG |
| § | |
| TODD LYONS, *et al.*, § | |
| Respondents. § | |

## ORDER FOR SERVICE

Pending before the Court are the Petition for Habeas Corpus (Dkt. No. 1) and Emergency Motion for Preliminary Injunction or Temporary Restraining Order (Dkt. No. 2) filed by Petitioner Ahmad Shakoor, who is currently detained at the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas.

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1), Motion (Dkt. No. 2), and this Order by certified mail return receipt requested to the Office of the United States Attorney at the following address:

> **Mary F. Kruger**
> **United States Attorney's Office**
> **Chief, Civil Division**
> **601 NW Loop 410, Suite 600**
> **San Antonio, TX 78216**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process upon Respondents Todd M. Lyons, Daren K. Margolin, Kristi Noem, and Pamela Bondi.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, South Texas ICE Processing Center, with copies of the Petition (Dkt. No. 1), Motion (Dkt. No. 2), and this Order by certified mail return receipt requested at the following address:

**Warden**
**South Texas Detention Complex**
**566 Veteran Drive**
**Pearsall, Texas 78061**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process.

It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **within 3 days** after service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond. *See id.* (noting that a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

2. If Petitioner elects to file a reply, he may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** this 9th day of December, 2025.

_____
ORLANDO L. GARCIA
United States District Judge